**SAO**
SYLVESTER & POLEDNAK, LTD.
ALLYSON R. NOTO, ESQ.
Nevada Bar No. 8286
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: allyson@sylvesterpolednak.com
*Attorneys for Plaintiff Celtic Bank Corporation*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| CELTIC BANK CORPORATION, successor-in-interest to SILVER STATE BANK by acquisition of assets from the FDIC as Receiver for Silver State Bank, a Utah banking corporation organized and in good standing under the laws of the State of Utah,<br><br>Plaintiff,<br><br>v.<br><br>MARK LEE BLACKWELL, an individual; BLACKWELL GENERAL ENGINEERING, INC., a California corporation; BLACKWELL ENVIRONMENTAL, LLC, a domestic limited liability company; LAS VEGAS PIPELINE, LLC, a domestic limited liability company; and DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>Defendants. | 2:18-cv-00914-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

CELTIC BANK CORPORATION, successor-in-interest to SILVER STATE BANK by acquisition of assets from the FDIC as Receiver for Silver State Bank, a Utah banking corporation organized and in good standing under the laws of the State of Utah ("Plaintiff"), by and through its attorney of record, Allyson R. Johnson, Esq. with the law firm of Sylvester & Polednak, Ltd.;

1

and MARK LEE BLACKWELL, an individual; BLACKWELL GENERAL ENGINEERING, INC., a California corporation; BLACKWELL ENVIRONMENTAL, LLC, a domestic limited liability company; LAS VEGAS PIPELINE, LLC, a domestic limited liability company (collectively, "Defendants"), by and through their attorney of record, James E. Shapiro, Esq., with the law firm of Smith & Shapiro, hereby stipulate and agree to dismiss all claims asserted by the Plaintiff against the Defendants in the above-referenced Complaint, with prejudice, with each party to bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 7th day of December, 2020.           DATED this 7th day of December, 2020.

**SYLVESTER & POLEDNAK, LTD.**                      **SMITH & SHAPIRO**

By  */s/ Allyson R. Johnson*                        By  */s/ James E. Shapiro*
   Allyson R. Johnson, Esq.                              James E. Shapiro, Esq.
   1731 Village Center Circle                            3333 E. Serene Ave., Suite 130
   Las Vegas, Nevada 89134                               Henderson, Nevada 89074
   *Attorneys for Plaintiff Celtic Bank*                 *Attorney for Defendants*
   *Corporation*

**IT IS SO ORDERED.**

Dated this   7   day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2